UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHARLES C. ALEXANDER III                                                  PLAINTIFF

V.                                              CIVIL ACTION NO. 3:08CV553 DPJ-JCS

TEXTRON FINANCIAL CORPORATION                               DEFENDANT

JUDGMENT

For the reasons given in the order entered in this cause granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of January, 2009.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE